IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-60062
_____

RAYMOND PHILLIPS,

                                        Petitioner-Appellant,

versus

JOHN F. DONNELLY, JR.;
MICHAEL C. MOORE, Attorney General,
State of Mississippi,

                                        Respondents-Appellees.
_____

Appeal from the United States District Court for the
Southern District of Mississippi
_____

August 22, 2000

**ON PETITION FOR REHEARING**

Before REYNALDO G. GARZA, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:

     The petition for rehearing is GRANTED to the extent that our

reference to the defendant bearing the burden should instead place

the burden on the petitioner.  In all other respects, the petition

for rehearing with respect to this published opinion is DENIED.

ENTERED FOR THE COURT:

_____
United States Circuit Judge